# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FRANCISCO VELASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>Respondent. | Case No. 1:15-cv-01472-DAD-EPG-HC<br><br>ORDER DENYING AS MOOT MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL<br><br>(ECF No. 32) |

Petitioner is a state prisoner who proceeded *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2017, the Court adopted the Magistrate Judge's findings and recommendation and denied the petition. (ECF No. 26).

On March 27, 2017, Petitioner filed the instant motion to proceed *in forma pauperis* on appeal. (ECF No. 32). The Court previously permitted Petitioner to proceed *in forma pauperis* in this action. (ECF No. 5). Therefore, Petitioner does not require further authorization to appeal *in forma pauperis*. Fed. R. App. P. 24(a)(3).

Accordingly, Petitioner's motion to proceed *in forma pauperis* on appeal (ECF No. 32) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **March 29, 2017**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1